IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America,<br><br>Plaintiff,<br><br>vs.<br><br>Keith Deshawn Anderson,<br><br>Defendant. | No. CR12-00914-TUC-RCC(CRP)<br><br>**ORDER** |

The Court having made a de novo review of the Report and Recommendation filed by Magistrate Judge Pyle (Doc. 121),

**IT IS ORDERED** the Court adopts the recommendations of the Magistrate Judge and DENIES the motions pursuant thereto.

DATED this 27th day of August, 2013.

Raner C. Collins
United States District Judge